**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/12/2021

IN RE:

LEONARD M. HOOLAHAN
HEATHER K. HOOLAHAN
6675 POKETA ROAD
VERONA, PA 15147
XXX-XX-3218          Debtor(s)

XXX-XX-8627

Case No.16-20515 JAD

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/12/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 2,098.15<br>COMMENT: X0000/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3218 |
| **PEOPLES NATURAL GAS CO LLC - EQUITABLE**<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 1,055.03<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2688 |
| **FEDERAL HOME LOAN MORTGAGE CORP - TRU**<br>C/O SELECT PORTFOLIO SERVICING INC*<br>PO BOX 65450<br>SALT LAKE CITY, UT  84165 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DK4PMT-LMT*FR WF-DOC 46*FR SLS-DOC 58*DK | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 9541 |
| **PHELAN HALLINAN DIAMOND & JONES LLP**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA  19103 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 627.22<br>COMMENT: $/PL*NOT DUE/CR~NTC-RSV | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3218 |
| **PENN HILLS SEWAGE***<br>C/O COLLECTOR - CURR & DLNQ YRS<br>102 DUFF RD<br>PITTSBURGH, PA  15235 | Trustee Claim Number: 6   INT %: 10.00%<br>Court Claim Number: 1<br>CLAIM: 158.38<br>COMMENT: 447G095*PRI/SCH-PL*CL1GOV*2008*722.69@10%TTL/PL*WNTS 10%*W/21 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: G095 |
| **PENN HILLS SD (PENN HILLS) (EIT)****<br>C/O MBM COLLECTIONS LLC (TAX DIVISION)PRE<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA  15235 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 2,801.10<br>COMMENT: CL4GOV*06-11*9803.85/PL*W/24 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3218 |
| **AAS DEBT RECOVERY INC/AMERICAN ADJUSTM**<br>POB 129*<br>MONROEVILLE, PA  15146 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6875 |
| **ALCOMA DENTAL CENTER**<br>5769 SALTSBURG ROAD<br>VERONA, PA  15147 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2462 |
| **ALLEGHENY HEALTH NETWORK++**<br>PO BOX 18119<br>PITTSBURGH, PA  15236-0119 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7501 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SOUTHWEST CREDIT SYSTEMS*** <br> 4120 INTERNATIONAL PARKWAY <br> STE 1100 <br> CARROLLTON, TX 75007 | Trustee Claim Number: 11  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: COMCAST/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9613 |
| **EMERGENCY MEDICINE PHYSICIANS++** <br> PO BOX 636719 <br> CINCINNATI, OH 45263-6719 | Trustee Claim Number: 12  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6385 |
| **NORTHEAST CREDIT & COLLECTION** <br> AKA NCC/COMMONWEALTH FNNCL* <br> 245 MAIN ST <br> DICKSON CITY, PA 18519 | Trustee Claim Number: 13  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~EMP OF ALLGHNY CNTY/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9705 |
| **ENTERPRISE RENT A CAR** <br> 4489 CAMPBELLS RUN RD <br> PITTSBURGH, PA 15205 | Trustee Claim Number: 14  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4178 |
| **ESCALLATE LLC** <br> 5200 STONEHAM RD <br> STE 200 <br> NORTH CANTON, OH 44720 | Trustee Claim Number: 15  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br> NORFOLK, VA 23541 | Trustee Claim Number: 16  INT %: 0.00% <br> Court Claim Number: 9 <br> CLAIM: 1,170.29 <br> COMMENT: NO ACCT/SCH*WALMART*GECRB | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2948 |
| **PITTSBURGH CENTRAL FCU**** <br> PO BOX 658 <br> CANONSBURG, PA 15317 | Trustee Claim Number: 17  INT %: 0.00% <br> Court Claim Number: 5 <br> CLAIM: 279.43 <br> COMMENT: 7300/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8273 |
| **ECMC(*)** <br> LOCKBOX #8682 <br> PO BOX 16478 <br> ST PAUL, MN 55116-0478 | Trustee Claim Number: 18  INT %: 0.00% <br> Court Claim Number: 3 <br> CLAIM: 9,397.16 <br> COMMENT: 8068/SCH*FR PHEAA-DOC 43 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3218 |
| **STATE COLLECTION SERVICE INC** <br> 2509 S STOUGHTON RD <br> PO BOX 6250 <br> MADISON, WI 53701 | Trustee Claim Number: 19  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **MIDLAND FUNDING** <br> PO BOX 2011 <br> WARREN, MI 48090 | Trustee Claim Number: 20  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~TARGET/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5247 |

Case 16-20515-JAD    Doc 65    Filed 01/12/21    Entered 01/12/21 09:53:34    Desc

| Creditor | Trustee Claim # / INT % | Cred Desc / Account |
|---|---|---|
| **PENN HILLS SEWAGE*** <br> C/O COLLECTOR - CURR & DLNQ YRS <br> 102 DUFF RD <br> PITTSBURGH, PA 15235 | Trustee Claim Number:21  INT %: 0.00% <br> Court Claim Number:1 <br> CLAIM: 564.31 <br> COMMENT: 447G095*PRI/SCH-PL*CL1GOV*2008*722.69@10%TTL/PL*NON%*W/6 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: G095 |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL** <br> PO BOX 788 <br> KIRKLAND, WA 98083-0788 | Trustee Claim Number:22  INT %: 0.00% <br> Court Claim Number:2 <br> CLAIM: 2,282.50 <br> COMMENT: NT/SCH*Q1522740282*FORBES REGIONAL HOSPITAL | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9193 |
| **FEDERAL HOME LOAN MORTGAGE CORP - TRU** <br> C/O SELECT PORTFOLIO SERVICING INC* <br> PO BOX 65450 <br> SALT LAKE CITY, UT 84165 | Trustee Claim Number:23  INT %: 0.00% <br> Court Claim Number:7 <br> CLAIM: 16,472.03 <br> COMMENT: $/CL-PL*THRU 2/16*FR WF-DOC 46*FR SLS-DOC 58 | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 9541 |
| **PENN HILLS MUNICIPALITY (EIT)**** <br> C/O MBM COLLECTIONS LLC (TAX DIVISION)PRE <br> FOXPOINT II <br> 100 PURITY RD STE 3 <br> PITTSBURGH, PA 15235 | Trustee Claim Number:24  INT %: 0.00% <br> Court Claim Number:4 <br> CLAIM: 7,002.75 <br> COMMENT: CL4GOV*06-11*NT/SCH-PL*W/7 | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 3218 |