**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  LEONARD M. HOOLAHAN<br>  HEATHER K. HOOLAHAN<br>           Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>           Movant<br>         vs.<br>  LEONARD M. HOOLAHAN<br>  HEATHER K. HOOLAHAN<br><br>           Respondents | Case No.16-20515-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 66 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this <u>19th</u> day of <u>February</u>, 2021, it is herebyORDERED, ADJUDGED and DECREED that,

> Presbyterian Senior Care
> Attn: Payroll Manager
> 1215 Hulton Road
> Oakmont, PA 15139

is hereby ordered to immediately terminate the attachment of the wages of LEONARD M. HOOLAHAN, social security number XXX-XX-3218.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of LEONARD M. HOOLAHAN.

BY THE COURT:

_____
JEFFERY A. DELLER    mas
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-20515-JAD |
| Leonard M. Hoolahan | Chapter 13 |
| Heather K. Hoolahan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 1 of 2 |
| Date Rcvd: Feb 19, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Leonard M. Hoolahan, Heather K. Hoolahan, 6675 Poketa Road, Verona, PA 15147-3347 |
| | + | Presbyterian Senior Care, Attn: HR / Payroll Manager, 1215 Hulton Road, Oakmont, PA 15139-1135 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2021                  Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bnicholas@kmllawgroup.com |
| Chrisovalanate P. Fliakos | |
| | on behalf of Creditor Wells Fargo Bank N.A., et. al. pawb@fedphe.com |
| James R. Wood | |
| | on behalf of Creditor Municipality of Penn Hills jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Jennifer L. Cerce | |
| | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Jerome B. Blank | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 2 of 2 |
| Date Rcvd: Feb 19, 2021 | Form ID: pdf900 | Total Noticed: 2 |

|  |  |
|---|---|
|  | on behalf of Creditor Wells Fargo Bank N.A. pawb@fedphe.com |
| Kenneth M. Steinberg | on behalf of Debtor Leonard M. Hoolahan julie.steidl@steidl-steinberg.com<br>kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Kenneth M. Steinberg | on behalf of Joint Debtor Heather K. Hoolahan julie.steidl@steidl-steinberg.com<br>kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com<br>ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com |

TOTAL: 11