Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Leonard M. Hoolahan**
**Heather K. Hoolahan**
Debtor(s)

Bankruptcy Case No.: 16−20515−JAD
Related To ECF No. 70
Chapter: 13
Docket No.: 72 − 70

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 30th of March, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/30/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **5/12/21 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/30/21.**

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-20515-JAD |
| Leonard M. Hoolahan | Chapter 13 |
| Heather K. Hoolahan | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 1 of 3 |
| Date Rcvd: Mar 30, 2021 | Form ID: 408 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Leonard M. Hoolahan, Heather K. Hoolahan, 6675 Poketa Road, Verona, PA 15147-3347 |
| cr | + | Makta Suri, Bonial & Associates, P.O. Box 9013, Addison, TX 75001-9013 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14179064 | + | AAS Debt Recovery, PO Box 129, Monroeville, PA 15146-0129 |
| 14179065 | + | Alcoma Dental Associates PC, 5769 Saltsburg Road, Verona, PA 15147-3253 |
| 14179066 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14405569 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14179070 | + | EMP of Allegheny County, c/o Northeast Credit & Collection, PO Box 3358, Scranton, PA 18505-0358 |
| 14179069 | | Emergency Medicine Physicians, 100 S. Owasso Boulevard, Saint Paul, MN 55117 |
| 14179071 | | Enterprise Rent A Car, PO Box 801988, Riverside, MO 64150 |
| 15175389 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14179073 | + | GE Capital Retail Bank, Portfolio Recovery Associates, c/o Blatt Hasenmiller, Leibsker & Moore, 1835 Market Street, Suite 501, Philadelphia, PA 19103-2933 |
| 14179076 | | Municipality of Penn Hills, c/o Portnoff Law Associates, 1200 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 14201457 | + | Municipality of Penn Hills, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14179079 | | PHEAA, 1200 North Seventh Street, Allensville, PA 17002 |
| 14207900 | + | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 14179077 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, 100 Puity Road, Pittsburgh, PA 15235-4441 |
| 14209724 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14179078 | + | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14251030 | + | Peoples Natural Gas Company, LLC, Equitable Division, 225 N. Shore Drive, Pittsburgh, PA 15212, Attention: Dawn Lindner 15212-5860 |
| 14179080 | | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15009943 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14179082 | + | Target, c/o9 Midland Funding, 8875 Aero Drive, Suite 250, San Diego, CA 92123-2251 |
| 14179083 | + | Wells Fargo Bank NA, PO Box 10335, Des Moines, IA 50306-0335 |
| 14249990 | + | Wells Fargo Bank, NA, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road,, Eagan, MN 55121-1663 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14179067 | + | Email/Text: bankruptcy@sw-credit.com | Mar 31 2021 03:30:00 | Comcast, c/o Southwedt Credit, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14179068 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 31 2021 03:31:00 | Duquesne Light, 411 Seventh Avenue, MD 6-1, Pittsburgh, PA 15219-1942 |
| 14248282 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 31 2021 03:31:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14179074 | + | Email/Text: tvincequerra@chromefcu.org | Mar 31 2021 03:31:00 | Grace Period, c/o Pittsburgh Federal Credit Union, 2601 Wexford-Bayne Road, Sewickley, PA 15143-4029 |
| 14179075 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 31 2021 03:29:00 | Internal Revenue Service, Department of Treasury, Andover, MA 01810 |
| 14255283 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 31 2021 02:49:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14210507 | + | Email/Text: tvincequerra@chromefcu.org | Mar 31 2021 03:31:00 | Pittsburgh Central FCU, 2601 Wexford Bayne Road, Sewickley, PA 15143-4029 |
| 14203333 | | Email/Text: bnc-quantum@quantum3group.com | Mar 31 2021 03:30:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14179081 | | Email/Text: amieg@stcol.com | Mar 31 2021 03:29:00 | State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | | Wells Fargo Bank, N.A. |
| cr | | Wells Fargo Bank, N.A., et. al. |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Municipality of Penn Hills, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14179072 | ##+ | Escallate, 5200 Stoneham Road, North Canton, OH 44720-1584 |

TOTAL: 4 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2021         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bnicholas@kmllawgroup.com |
| Chrisovalanate P. Fliakos | on behalf of Creditor Wells Fargo Bank N.A., et. al. pawb@fedphe.com |
| James R. Wood | on behalf of Creditor Municipality of Penn Hills jwood@portnoffonline.com jwood@ecf.inforuptcy.com |

| District/off: 0315-2 | User: msch | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 30, 2021 | Form ID: 408 | Total Noticed: 37 |

Jennifer L. Cerce
    on behalf of Creditor Penn Hills School District jlc@mbm-law.net

Jerome B. Blank
    on behalf of Creditor Wells Fargo Bank  N.A. pawb@fedphe.com

Kenneth M. Steinberg
    on behalf of Joint Debtor Heather K. Hoolahan julie.steidl@steidl-steinberg.com
    kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Kenneth M. Steinberg
    on behalf of Debtor Leonard M. Hoolahan julie.steidl@steidl-steinberg.com
    kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

TOTAL: 11