**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    LEONARD M. HOOLAHAN
    HEATHER K. HOOLAHAN
          Debtor(s)

    Ronda J. Winnecour
     Chapter 13 Trustee,
          Movant
          vs.
    No Respondents.

Case No.:16-20515 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 26, 2021

/s/   Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 02/17/2016  and confirmed on 4/19/16 .  The case was subsequently        Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 72,691.50 |
| Less Refunds to Debtor | 1,186.98 | |
| TOTAL AMOUNT OF PLAN FUND | | 71,504.52 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,400.00 | |
|    Trustee Fee | 3,440.68 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,840.68 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FEDERAL HOME LOAN MORTGAGE CORP<br>Acct: 9541 | 0.00 | 36,334.31 | 0.00 | 36,334.31 |
| FEDERAL HOME LOAN MORTGAGE CORP<br>Acct: 9541 | 16,472.03 | 16,472.03 | 0.00 | 16,472.03 |
| PENN HILLS SEWAGE*<br>Acct: G095 | 158.38 | 158.38 | 33.55 | 191.93 |
| PENN HILLS SEWAGE*<br>Acct: G095 | 564.31 | 564.31 | 0.00 | 564.31 |
| | | | | 53,562.58 |
| **Priority** | | | | |
| KENNETH M STEINBERG ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LEONARD M. HOOLAHAN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LEONARD M. HOOLAHAN<br>Acct: | 1,186.98 | 1,186.98 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 3218 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN HILLS SD (PENN HILLS) (EIT)**<br>Acct: 3218 | 2,801.10 | 2,801.10 | 0.00 | 2,801.10 |
| PENN HILLS MUNICIPALITY (EIT)**<br>Acct: 3218 | 7,002.75 | 7,002.75 | 0.00 | 7,002.75 |
| | | | | 9,803.85 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY*<br>Acct: 3218 | 2,098.15 | 167.18 | 0.00 | 167.18 |
| PEOPLES NATURAL GAS CO LLC - EQUIT<br>Acct: 2688 | 1,055.03 | 84.07 | 0.00 | 84.07 |
| AAS DEBT RECOVERY INC/AMERICAN AD<br>Acct: 6875 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALCOMA DENTAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |

16-20515 JAD

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 2462 | | | | |
| ALLEGHENY HEALTH NETWORK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7501 | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9613 | | | | |
| EMERGENCY MEDICINE PHYSICIANS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6385 | | | | |
| NORTHEAST CREDIT & COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9705 | | | | |
| ENTERPRISE RENT A CAR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4178 | | | | |
| ESCALLATE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,170.29 | 93.25 | 0.00 | 93.25 |
| Acct: 2948 | | | | |
| PITTSBURGH CENTRAL FCU** | 279.43 | 22.27 | 0.00 | 22.27 |
| Acct: 8273 | | | | |
| ECMC(*) | 9,397.16 | 748.77 | 0.00 | 748.77 |
| Acct: 3218 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5247 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI | 2,282.50 | 181.87 | 0.00 | 181.87 |
| Acct: 9193 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,297.41 |

TOTAL PAID TO CREDITORS                                                        64,663.84

TOTAL CLAIMED
PRIORITY            9,803.85
SECURED            17,194.72
UNSECURED          16,282.56

Date: 03/26/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    LEONARD M. HOOLAHAN
    HEATHER K. HOOLAHAN
          Debtor(s)

Ronda J. Winnecour
        Movant
       vs.
No Repondents.

Case No.:16-20515 JAD

Chapter 13

Document No.:

### ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                          Case No. 16-20515-JAD

Leonard M. Hoolahan                                                                              Chapter 13

Heather K. Hoolahan

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                    User: msch                                              Page 1 of 3

Date Rcvd: Mar 30, 2021                          Form ID: pdf900                                  Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Leonard M. Hoolahan, Heather K. Hoolahan, 6675 Poketa Road, Verona, PA 15147-3347 |
| cr | + | Makta Suri, Bonial & Associates, P.O. Box 9013, Addison, TX 75001-9013 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14179064 | + | AAS Debt Recovery, PO Box 129, Monroeville, PA 15146-0129 |
| 14179065 | + | Alcoma Dental Associates PC, 5769 Saltsburg Road, Verona, PA 15147-3253 |
| 14179066 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14405569 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14179070 | + | EMP of Allegheny County, c/o Northeast Credit & Collection, PO Box 3358, Scranton, PA 18505-0358 |
| 14179069 | | Emergency Medicine Physicians, 100 S. Owasso Boulevard, Saint Paul, MN 55117 |
| 14179071 | | Enterprise Rent A Car, PO Box 801988, Riverside, MO 64150 |
| 15175389 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14179073 | + | GE Capital Retail Bank, Portfolio Recovery Associates, c/o Blatt Hasenmiller, Leibsker & Moore, 1835 Market Street, Suite 501, Philadelphia, PA 19103-2933 |
| 14179076 | | Municipality of Penn Hills, c/o Portnoff Law Associates, 1200 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 14201457 | + | Municipality of Penn Hills, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14179079 | | PHEAA, 1200 North Seventh Street, Allensville, PA 17002 |
| 14207900 | + | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 14179077 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, 100 Puity Road, Pittsburgh, PA 15235-4441 |
| 14209724 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14179078 | + | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14251030 | + | Peoples Natural Gas Company, LLC, Equitable Division, 225 N. Shore Drive, Pittsburgh, PA 15212, Attention: Dawn Lindner 15212-5860 |
| 14179080 | | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15009943 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14179082 | + | Target, c/o9 Midland Funding, 8875 Aero Drive, Suite 250, San Diego, CA 92123-2251 |
| 14179083 | + | Wells Fargo Bank NA, PO Box 10335, Des Moines, IA 50306-0335 |
| 14249990 | + | Wells Fargo Bank, NA, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road,, Eagan, MN 55121-1663 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14179067 | + | Email/Text: bankruptcy@sw-credit.com | | |
| | | | Mar 31 2021 03:30:00 | Comcast, c/o Southwedt Credit, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14179068 | + | Email/Text: kburkley@bernsteinlaw.com | | |
| | | | Mar 31 2021 03:31:00 | Duquesne Light, 411 Seventh Avenue, MD 6-1, Pittsburgh, PA 15219-1942 |
| 14248282 | + | Email/Text: kburkley@bernsteinlaw.com | | |
| | | | Mar 31 2021 03:31:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |

| 14179074 | + Email/Text: tvincequerra@chromefcu.org | | |
| | | Mar 31 2021 03:31:00 | Grace Period, c/o Pittsburgh Federal Credit Union, 2601 Wexford-Bayne Road, Sewickley, PA 15143-4029 |
| 14179075 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Mar 31 2021 03:29:00 | Internal Revenue Service, Department of Treasury, Andover, MA 01810 |
| 14255283 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Mar 31 2021 02:40:16 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14210507 | + Email/Text: tvincequerra@chromefcu.org | | |
| | | Mar 31 2021 03:31:00 | Pittsburgh Central FCU, 2601 Wexford Bayne Road, Sewickley, PA 15143-4029 |
| 14203333 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Mar 31 2021 03:30:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14179081 | Email/Text: amieg@stcol.com | | |
| | | Mar 31 2021 03:29:00 | State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | | Wells Fargo Bank, N.A. |
| cr | | Wells Fargo Bank, N.A., et. al. |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Municipality of Penn Hills, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14179072 | ##+ | Escallate, 5200 Stoneham Road, North Canton, OH 44720-1584 |

TOTAL: 4 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bnicholas@kmllawgroup.com |
| Chrisovalanate P. Fliakos | |
| | on behalf of Creditor Wells Fargo Bank  N.A., et. al. pawb@fedphe.com |
| James R. Wood | |
| | on behalf of Creditor Municipality of Penn Hills jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |

District/off: 0315-2 | User: msch | Page 3 of 3
Date Rcvd: Mar 30, 2021 | Form ID: pdf900 | Total Noticed: 37

Jennifer L. Cerce
    on behalf of Creditor Penn Hills School District jlc@mbm-law.net

Jerome B. Blank
    on behalf of Creditor Wells Fargo Bank  N.A. pawb@fedphe.com

Kenneth M. Steinberg
    on behalf of Joint Debtor Heather K. Hoolahan julie.steidl@steidl-steinberg.com
    kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.c
    om;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Kenneth M. Steinberg
    on behalf of Debtor Leonard M. Hoolahan julie.steidl@steidl-steinberg.com
    kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.c
    om;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com


TOTAL: 11