| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Leonard M. Hoolahan** | Social Security number or ITIN   xxx–xx–3218 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Heather K. Hoolahan** | Social Security number or ITIN   xxx–xx–8627 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **16–20515–JAD** | | |

# Order of Discharge                                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Leonard M. Hoolahan                                               Heather K. Hoolahan

<u>5/3/21</u>                                                            **By the court:**   <u>Jeffery A. Deller</u>
                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-20515-JAD |
| Leonard M. Hoolahan | Chapter 13 |
| Heather K. Hoolahan | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 1 of 3 |
| Date Rcvd: May 03, 2021 | Form ID: 3180W | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

## Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Leonard M. Hoolahan, Heather K. Hoolahan, 6675 Poketa Road, Verona, PA 15147-3347 |
| cr | + | Makta Suri, Bonial & Associates, P.O. Box 9013, Addison, TX 75001-9013 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14179064 | + | AAS Debt Recovery, PO Box 129, Monroeville, PA 15146-0129 |
| 14179065 | + | Alcoma Dental Associates PC, 5769 Saltsburg Road, Verona, PA 15147-3253 |
| 14179066 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14179070 | + | EMP of Allegheny County, c/o Northeast Credit & Collection, PO Box 3358, Scranton, PA 18505-0358 |
| 14179069 | | Emergency Medicine Physicians, 100 S. Owasso Boulevard, Saint Paul, MN 55117 |
| 14179071 | | Enterprise Rent A Car, PO Box 801988, Riverside, MO 64150 |
| 15175389 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14179073 | + | GE Capital Retail Bank, Portfolio Recovery Associates, c/o Blatt Hasenmiller, Leibsker & Moore, 1835 Market Street, Suite 501, Philadelphia, PA 19103-2933 |
| 14179076 | | Municipality of Penn Hills, c/o Portnoff Law Associates, 1200 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 14201457 | + | Municipality of Penn Hills, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14179079 | | PHEAA, 1200 North Seventh Street, Allensville, PA 17002 |
| 14207900 | + | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 14179077 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, 100 Puity Road, Pittsburgh, PA 15235-4441 |
| 14209724 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14179078 | + | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14251030 | + | Peoples Natural Gas Company, LLC, Equitable Division, 225 N. Shore Drive, Pittsburgh, PA 15212, Attention: Dawn Lindner 15212-5860 |
| 14179080 | | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15009943 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14179082 | + | Target, c/o9 Midland Funding, 8875 Aero Drive, Suite 250, San Diego, CA 92123-2251 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | May 04 2021 03:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 04 2021 04:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | May 04 2021 03:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |

Case 16-20515-JAD  Doc 78  Filed 05/05/21  Entered 05/06/21 00:44:34  Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: nsha | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 03, 2021 | Form ID: 3180W | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 04 2021 04:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14179067 | + | EDI: SWCR.COM | May 04 2021 03:28:00 | Comcast, c/o Southwedt Credit, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14179068 | + | Email/Text: kburkley@bernsteinlaw.com | May 04 2021 04:19:00 | Duquesne Light, 411 Seventh Avenue, MD 6-1, Pittsburgh, PA 15219-1942 |
| 14248282 | + | Email/Text: kburkley@bernsteinlaw.com | May 04 2021 04:19:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14405569 | | EDI: ECMC.COM | May 04 2021 03:28:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14179074 | + | Email/Text: tvincequerra@chromefcu.org | May 04 2021 04:18:00 | Grace Period, c/o Pittsburgh Federal Credit Union, 2601 Wexford-Bayne Road, Sewickley, PA 15143-4029 |
| 14179075 | | EDI: IRS.COM | May 04 2021 03:28:00 | Internal Revenue Service, Department of Treasury, Andover, MA 01810 |
| 14255283 | | EDI: PRA.COM | May 04 2021 03:28:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14210507 | + | Email/Text: tvincequerra@chromefcu.org | May 04 2021 04:18:00 | Pittsburgh Central FCU, 2601 Wexford Bayne Road, Sewickley, PA 15143-4029 |
| 14203333 | | EDI: Q3G.COM | May 04 2021 03:28:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14179081 | | Email/Text: amieg@stcol.com | May 04 2021 04:12:00 | State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
| 14179083 | + | EDI: WFFC.COM | May 04 2021 03:28:00 | Wells Fargo Bank NA, PO Box 10335, Des Moines, IA 50306-0335 |
| 14249990 | + | EDI: WFFC.COM | May 04 2021 03:28:00 | Wells Fargo Bank, NA, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road,, Eagan, MN 55121-1663 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | | Wells Fargo Bank, N.A. |
| cr | | Wells Fargo Bank, N.A., et. al. |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Municipality of Penn Hills, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14179072 | ##+ | Escallate, 5200 Stoneham Road, North Canton, OH 44720-1584 |

TOTAL: 4 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 16-20515-JAD    Doc 78    Filed 05/05/21    Entered 05/06/21 00:44:34    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: nsha | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 03, 2021 | Form ID: 3180W | Total Noticed: 39 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2021                                   Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bnicholas@kmllawgroup.com |
| Chrisovalanate P. Fliakos | on behalf of Creditor Wells Fargo Bank N.A., et. al. pawb@fedphe.com |
| James R. Wood | on behalf of Creditor Municipality of Penn Hills jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Jerome B. Blank | on behalf of Creditor Wells Fargo Bank N.A. pawb@fedphe.com |
| Kenneth M. Steinberg | on behalf of Joint Debtor Heather K. Hoolahan julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Kenneth M. Steinberg | on behalf of Debtor Leonard M. Hoolahan julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com |

TOTAL: 11